FILED
November 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

# PLAINTIFF'S COMPOSITE EXHIBITS INDEX

| **Exhibit** | **Document Description** | **Date Range** |
|---|---|---|
| Exhibit A | Written Log of Injury Reporting & Vehicle Maintenance Disputes | July 12, 2025 |
| Exhibit B | Social Media Defamation Notifications & Management Delegation | July 22 – July 23, 2025 |
| Exhibit C | Third-Party Interpersonal Threat Text Transcripts & Submissions | August 5, 2025 |
| Exhibit D | Career Continuance Notifications & Early Disciplinary Disputes | Aug 29 – Sept 15, 2025 |
| Exhibit E | Pre-Surgery Medical Leave Notifications & Hearing Adjournments | Sept 23 – Oct 6, 2025 |
| **Exhibit E-2** | **Baylor Scott & White Clinical Intake Notes (Anxiety/ Depression/FMLA context)** | **September 3, 2025** |
| **Exhibit E-3** | **Baylor Scott & White Health Diagnostic CT Scan (Adnexal Mass Report)** | **July 28, 2025** |
| Exhibit F | Post-Surgery Updates, Photographic Record, and Medical Clearances | Oct 8 – Oct 17, 2025 |
| **Exhibit F-2** | **Baylor Scott & White Health Bilateral Screening Mammogram 3D Report** | **August 24, 2026 (Ref: Aug 2025)** |

| | | |
|---|---|---|
| Exhibit G | Hearing Rescheduling Coordination & Union Representation Waiver | Oct 22 – Oct 23, 2025 |
| Exhibit H | Verbatim Statement on Hostile Work Environment & Corporate Harassment | Oct 29 – Nov 14, 2025 |
| Exhibit I | Retraining Verification & Post-Hearing Electronic Transmissions | Nov 18 – Nov 20, 2025 |
| Exhibit A-14 | Full Email Transmission to Terence James re: Grievance & Retaliation | November 27, 2025 |
| Exhibit A-15 | Full Email Transmission Requesting Separation Paperwork & ATU Notice | November 21, 2025 |

## 2. VERBATIM EXHIBIT TEXT TRANSCRIPTS

### Exhibit A: Written Log of Injury Reporting & Vehicle Maintenance Disputes

**Tenil Adams:** ...when I got sick and had to go to the ER. After telling them I felt like I was going to pass because it was too hot on the bus. I still don't know if they paid the ER and ambulance bill to this day. This is really unacceptable. Anytime something happens Kelios they refuse to do the right thing. Something with the bus and I hurt my back and shoulder. The truth is I really don't expect Kelios to ever do the right thing. When it comes to stuff like this.

**Cynthia:** Ok I'm forwarding your email to HR *(Saturday, Jul 12, 2025 • 1:52 PM)*

### Exhibit B: Social Media Defamation Notifications & Management Delegation

**Tenil Adams:** The social media policy, LaShawn Bible believes I'm from Missouri. So she's trying to bully through Facebook. This gonna be a big problem because she seems to be trying me. And I hate bullies and I will protect myself, she's a man not a woman and a woman can't beat a man. This is a big problem. *(Tuesday, Jul 22, 2025 • 4:07 PM)* *[Attachment: Facebook post screenshot by LaShawn Webb: "They know who they are, eat up EVERY WORD, BOOP!!! If they ever tried to dim you, but you still lit the whole damn room anyway, bitch, drop your NICKNAME in the comments."]*

**Tenil Adams:** LaShawn is just the beginning on how hostile my workplace environment about to be for me.

**Tenil Adams:** Hey Ms. Cynthia, I just spoke with Davia and she's handling this case so I will be speaking with her on tomorrow. We can cancel our noon meeting. Thank you for making the time to speak with me. *(Wednesday, Jul 23, 2025 • 5:46 PM)*

**Cynthia:** Okay. Anytime 😊

### Exhibit C: Third-Party Interpersonal Threat Text Transcripts & Evidence Submissions

**Tenil Adams:** *[Sent Attachment: Direct Text Message from Tamara (SMS/MMS at 11:39 AM): "Did u block me on Facebook ???? See I tried to keep my self separate from yall beef and I'm getting thrown right in the middle of it for no reason they telling me u saying shit about me and I still over looked it cuz all that bs ain't even true now u tryna make it seem like I'm*

*in the mix of it when I got nothing to do with what yall got going on this shit crazy! It's ok ur name ain't even left my mouth but it's cool I don't walk around taking shit about ppl becuz i go from zero to prison in a second so..."]* *(Tuesday, Aug 5, 2025 • 11:25 AM)*
*[Sent Image Attachment: Drug test tampering product marketplace screenshot detailing "Quick Fix 6.4 Plus Ten Pack Sale-3oz Bottles" and "Quick Fix Plus 3oz Value Pack" listings]*

**Cynthia:** Ok. Thanks 👍

**Exhibit D: Career Continuance Notifications & Early Disciplinary Disputes**

**Tenil Adams:** Good morning Ms. Cynthia, I declined the position at Belton School District and will be returning back to work I just wanted you to know. I just cannot see myself walking away from my career because management and co-workers fail to do the right thing. *(Friday, Aug 29, 2025 • 9:05 AM)*

**Tenil Adams:** *[Transmits Link: https://www.facebook.com...]* *(Tuesday, Sep 2, 2025 • 7:07 PM)*

**Cynthia:** I'm not there *(Friday, Sep 12, 2025 • 2:43 PM)*

**Tenil Adams:** Dropping off paperwork

**Tenil Adams:** I just had to laugh. What has Davia done to me to threaten to harm her? All I can say is Lord, have Mercy on my soul. Davia has a family, a one year old son at that. How evil are these people really trying to make me. Smh now I understand why I was locked out of the building. I would have locked me out to. Pray my strength this is getting outrageous, they will do and say anything to get me fired. I never even faulted Davia because she has to do what her boss tells her. And I may never like what she does as a HR person but I like her as a person and that would never change. What kind of monster these people are trying to make me out of. Let me tell you something back in 2001 my brother shot through the door and took his child's mother life while she was carrying his baby. My family got mad at me because I refused to lie on the court stand for him. And my question to my family how would they have felt if it was done to one of us? Davia is a human being with children and a family. What will I ever gain to hurt or harm this woman? For doing her job? I may not like the result but it is what it is. I can't it's funny but it isn't funny. Do anyone not realize that there are other ways to this. This is what the EEOC and Austin labor department is for. Ms. Cynthia you asked me a question weeks ago, why do I believe this is happening. No one really likes the truth. So, they are now trying any and everything to get me fired. Not realizing that threatening someone is a serious matter and isn't anything to

take lightly. I sure do hope and pray that Davia knows me better than that. We have had more than enough conversation for her to know if this is true statements. I will see you all on the 23rd. This what I had on Friday, does it really look like I came to hurt anyone? I sure do hope and pray everyone who I have ever talk to and had conversations with in management knows the real me. It is God, Who fight all our battles. Be blessed talk to you all on the 23rd. I will you this scripture to get through this. No weapon formed against me shall prosper 🙏✨ *(Monday, Sep 15, 2025 • 1:38 PM)*

**Exhibit E: Pre-Surgery Medical Leave Notifications & Hearing Adjournments**

---

**Tenil Adams:** Good morning Ms. Cynthia. It's a strong possibility that I have ovary cancer. Next step is to cut the mass out and do a biopsy. Who really has time to threaten anyone with all this on their plate. While they say I was making threats to harm Davia. I was taking care of my health and preparing for what I knew must come. Be blessed *(Tuesday, Sep 30, 2025 • 10:14 AM)*

**Cynthia:** Oh no. I'm praying it's not cancer!

**Tenil Adams:** It's cancer. I'm just praying God's will. My doctor and I are looking at the reality of the situation and the size of the mass. It's in God's hands and I will always be fine with that. Thank you for your prayers. 🖤

**Tenil Adams:** I will be having surgery on the 8th that is when I find out next steps. But I will have to be off work for 6 weeks following surgery. *(Tuesday, Sep 30, 2025 • 1:22 PM)*

**Cynthia:** I'm praying for you!!! Keep me posted!

**Tenil Adams:** Great!!!

**Tenil Adams:** Good afternoon Ms. Cynthia are my hearings still in October since my leave request for my surgery has been approved. *(Monday, Oct 6, 2025 • 12:25 PM)*

**Cynthia:** Hi. No ma'am 🖤

**Tenil Adams:** Okay so are both on October 23rd and I want to be able to drive. So can it be done virtually. I have to see if my daughter can bring me

**Tenil Adams:** Oh misread the text sorry

**Exhibit F: Post-Surgery Updates, Photographic Record, and Medical Clearances**

---

**Tenil Adams:** Hi Ms Cynthia, surgery went well. I'm home resting now. I still don't have the results of the biopsy. Which is kind of weird because my doctor told me I would know if it is cancer the same day. Wanted to put a smile on your face, because no matter what God is still blessing ✨🙌🙌🖤 I miss seeing that smile of yours. It always makes me feel better. That calmness in your voice when you say Tenil. Be blessed always 🖤🖤🖤🖤
*(Wednesday, Oct 8, 2025 • 5:06 PM)*
*[Sent Attachment: Multi-panel photograph of the sender resting in a hospital bed]*

**Cynthia:** Good Morning! Thank God, surgery went well! Please keep me posted *(Thursday, Oct 9, 2025 • 6:35 AM)*

**Tenil Adams:** Yes ma'am 💕

**Cynthia:** Praise God *(Friday, Oct 17, 2025 • 6:29 PM)*

**Tenil Adams:** I will be returning on November 18th if you want to send updated hearing paperwork.

**Tenil Adams:** *[Texting with external contact (737) 368-8337]* He's a mighty Good God! My results are in and I it wasn't cancer. Thank you for your prayers. 🖤

**Cynthia:** OK

## Exhibit G: Hearing Rescheduling Coordination & Union Representation Waiver

**Tenil Adams:** Hi Ms. Cynthia are both my hearings on the same day? Because I just received one hearing letter. *(Wednesday, Oct 22, 2025 • 3:48 PM)*

**Cynthia:** Hi Tenil. How are you? To my knowledge, yes. We can work around the dates if you are okay with it

**Tenil Adams:** That's fine whenever you would like to have them. Will I be able to return to work while waiting on hearings? I know I will have to do retraining. Also my off days are Thursday and Friday. So will I be able to do retraining before the hearings or after them.

**Cynthia:** Is your return date the 19th?

**Tenil Adams:** Yes

**Cynthia:** We can change the hearings to the 19th

**Tenil Adams:** Okay

**Cynthia:** Same time

**Tenil Adams:** Also I am not requesting a union representative on both hearings. I don't trust them with doing the right thing. I have no problems with speaking with management alone.

**Tenil Adams:** I hope this stays between you and I. This message was posted by a supervisor. And I wanted to share this with you because her and her husband are good people to me. But I understand how she feels. Because I am her and she is me. No one should be forced to quit there jobs. Because they refuse to go along just to get along. I was wrong for going on Facebook live. But it was wrong to be targeted for standing up for a safe and protected work environment. I can't lie and say that I am not nervous for how all of this will turn out. But I do have complete trust in God. My trust in men right now is gone. But, my faith in believing that there are still good people in this world and in management is what I hold on to. Have a blessed week and I will see you all on the November 19th at 10am *(Thursday, Oct 23, 2025 • 3:58 PM)*
*[Sent Attachment: Social media post snippet uploaded by DeAndra Hardeman defining "Work-Mobbing" as workplace bullying intended to force employee separation]*

## Exhibit H: Verbatim Statement on Hostile Work Environment & Corporate Harassment

**Tenil Adams:** I will be in Austin and would like to drop my benefits payment off. I don't know if my badge is still inactive. So I would like someone to meet me at security desk once I arrive. It will be around after 10am *[Hyperlink sent: /14Z6ACTayNF/]* I would like this to be added to my case files for my hearing. Me threatening anyone still doesn't sit well with my soul. Because I was most definitely threatened when Tamara sent me a text saying she goes from 0 to prison. Because I told her when she called my phone to allow management to handle it. And HR said that it wasn't a threat. I believe I have proven myself and compliant that I have filed. I remember standing in your office before all this happened and telling you about Richard. And you asked me why wouldn't I report it to the union. Do you remember what I told you? That I knew what problems it would bring if I took it to the union hall. And look where we are today. Bullying, intimidation, retaliation, and put into a hostile environment. Should never be tolerated in the workplace. But it is, the union is flawed and compromised. So I am forced to place my trust in management and that isn't easy at all. Because managers all across the world have been turning deaf ears and blind eyes to these matters for years. When I paid my benefits I got a chance to speak with Anna. And it felt really good to know that she knows and understands my heart. My prayer is that whomever I have my hearings with. Also knows and understands my heart and passion

when it comes down to these matters. I'm nervous about this hearing. But the truth is, I'm not worried because I know and I acknowledge what I said on Facebook. But I never threatening to cause harm to anyone. And the Vice President has went on Facebook many times and talked down on his union paying members. All I would like to say is we have 19 days and a lot of people want me gone because I tell the truth and I am not afraid to stand up for those who are too afraid to stand up for themselves. That will always be my biggest downfall a passion for people. Please remember that I do not wish to have union representatives in my hearings. When people show you who they are believe them. See you soon 😊 *(Wednesday, Oct 29, 2025 • 7:42 AM)*

**Cynthia:** Hey. How are you? Yes!

**Tenil Adams:** I'm doing well. Just ready to get back to work. I had hoped to see you the other day. But it was really good to see Anna.

**Cynthia:** I got so busy! I'm glad you are doing well!!!! Please take care of yourself and heal!!!! ❤️

**Tenil Adams:** Yes ma'am 💕

**Tenil Adams:** Good morning Ms. Cynthia can I please get a start time for my drug testing and retraining. Also can you all reactivate my badge? And our last text you requested that I do one thing and that is to heal. And healing truly does start within. These past few days my anxiety has been can of high because I am forced to place my trust in management hands. I did look up CapMetro Public Board, because I feel like I'm be railroaded and I believe my union has played the biggest roll in this. I had thought about buying everything that employees use to pass a drug test and reveal it in CapMetro Public Board Meeting on Monday. But as I told you before my mother always told me family business matters are to stay in house. And it is never my intention to my CapMetro or Kelios look bad to the public. And I believe in the end truth always wins. But I will never forget the last conversations Julius and I had. He had told me that someone who had a meeting with HR about these matters told him that I was getting ready to get fired. Then when speaking to Candice in so many words she let me know that it was the goal. Truth of the matter is, I really don't care about any of those people because I believe that I made myself perfectly loud and clear. I don't care who is sleeping with who. I don't care who is talking nasty to who. As long as they respect me and allow me to work in peace. It's time to do what I moved here for. A career and to give my little ones opportunities that my parents could not give to us. Please, please reactivate my badge so that when I return to work on Wednesday

I have no restrictions. Through all of this no one has been punished and penalized but me. It has been a many of times the Vice President has gotten on Facebook live and made the company look bad by putting passagers in not such a good light on Facebook. It has been many of times the Vice President has gotten on Facebook live and bad talked employees many times I believed he was talking about me. But because I know the name that my parents gave me I didn't care. It's been many times Terrence called me a bitch around many co-workers but because I know my name I smiled it off. I'm healing from my pain and trauma. If you all fire me it will only prove that when people speak up and out about sexual harassment, bullying, and intimidation. They are retaliated against by management and co-workers. The union has proven what I told you in the beginning once you speak up about sexual harassment and misconduct amongst their union officials that you will pay the cost by not having the backing of a union that union pay union dues to. I will keep my word, and not tell our business to the public because my hope is that they have complete trust in the company who provides services for them and the professional bus operators that they hire. In spite of me knowing the truth. There are many drug users employed in our company. But because we fail to pull hair we will never be able to have real professional bus operators. Who take great pride in serving the public. In all shapes, sizes, and forms. Because this is what we do it isn't always about money for some it is about being of service for those in need of a service. It's funny how when I was in those board meetings speaking up and out about the company how I had the backing of the union. But how the tables turned when I spoke up and out about the sexual harassment and misconduct of union officials. I'm now not a good person and they want be fired. I don't pick and choose against Union and management. Everyone in management isn't trying to do the right thing just as everyone in the union isn't trying to do the right thing. Just because you are in a management position doesn't mean you are a bad person. But the union wants it's members to look at management as the bad guy when they are no better than management. And that will always be their problem with me. I can't be brought and I will never go along to get along. I take full accountability for my Facebook lives it should not have happened. But I looked at Terrence as a real little brother and I protected him like a big sister would. But he protected the sexual misconduct that goes down in the company. Everyone else that I spoke of without using names called me about matters that I placed in the hands of my Professionals. I speak how I speak and it wasn't hatred towards anyone. It's just how I talk. I have two nephews that guy and a host of cousins. Two sisters that are bisexual. And a host of transgender women in my family. Plenty of drug users and alcoholics too so I am in no way shape, form, or fashion in a position to look down or judge anyone. I wasn't born a professional, nor was I raised in a proper speaking language family. My English is broken

and that is something I can not and will not apologize for. I am who I am. And I will always have a heart and passion for people to be treated fairly. I will always have a passion for people being sexually harassed, bullied, attacked and retaliated against in and out the work place. But I fight with standing and speaking up about it. I have and will I ever have the desire to threaten, hurt or cause harm to anyone. Because I don't want anyone to threaten, hurt, or cause harm to me. My number one goal and desires are to please God no matter what it cost. And thus far it has cost me a lot including my family. This is my heart, and this is me addressing every single complaint and lie the has been brought against me. Before my hearing takes place. I'm answering all questions and have been answering and addressing all questions and concerns before my hearing take place. That way my words doesn't get taken out of context. I love being at the south yard because they are many people that I have grown to care about. In management and co-workers. But am willing to go back to the North yard to keep the peace. Have a blessed weekend will see you on Wednesday hopefully to return to full duty. *(Friday, Nov 14, 2025 • 7:27 AM)*

**Cynthia:** Good Morning. Let me talk to Albert about your drug test and I will send an email to get your badge reactivated

**Tenil Adams:** Thank you so much 🖤

**Exhibit I: Retraining Verification & Post-Hearing Electronic Transmissions**

---

**Tenil Adams:** Good morning Ms Cynthia. Wanted to make sure my badge is reactivate? I have to be at retraining for 7am. I like to be at work in more than enough time to sign in. Thank you. See you all tomorrow, also my hearing is still at 10am tomorrow? *(Tuesday, Nov 18, 2025 • 9:58 AM)*

**Cynthia:** Good Morning. Yes.

**Tenil Adams:** Thank you, I can't wait to see you all 🥰

**Tenil Adams:** How can you just make a hearing go away? Who has the shop steward on the floor that I have filed against?? So even if I wanted a shop steward they made it impossible *(Wednesday, Nov 19, 2025 • 11:09 AM)*
*[Sent Document Attachment: Formal Notice of Employee Action from Keolis scheduling structural grievance reviews]*

**Cynthia:** Tenil I don't have words for this situation

**Tenil Adams:** This is me showing everyone what a hostile environment is

**Tenil Adams:** Ms. Cynthia I would like a copy of my recorded hearing *(Wednesday, Nov 19, 2025 • 12:12 PM)*

**Cynthia:** *[Transmits File: Audio Recording File Attachment — 35:30] (Thursday, Nov 20, 2025 • 4:42 AM)*

**Cynthia:** *[Transmits File: Audio Recording File Attachment — 01:25]*

# PLAINTIFF'S EXHIBIT A-14

## FULL VERBATIM EMAIL TRANSMISSION TO TERENCE JAMES

**Date:** November 27, 2025
**From:** Tenil Adams <teniladams15@gmail.com>
**To:** Terence James <terence.james@capitalmetro.org>
**Subject:** Grievance Hearing Procedure, Retaliation and Unaddressed Sexual Harassment Complaints

Good morning Terence, I have a few questions. How could you address a hearing without hearing the cause of the problem? The hearing was based of retaliation and it was completely one sided. When you asked me about telling everyone LaShawn Bible was a Transgèndèr Woman. I explained to you that I wasn't on the job that I had went out on a leave of absence immediately after filing sexual harassment complaints. And I told you that it was Terrance Whitley who was going around the job telling everyone LaShawn Bible was a Transgèndèr Woman. I also tried to show you where Tamara had called my phone 3 times the morning that I went on Facebook live on August 20th Believe. Also I tried to show you a text message that Tamara sent me saying that she goes from 0 to prison after me telling her that HR was handling my complaints. Again it was something you refused to hear. I tried to explain to you that Julius Williams kept calling my phone with. Telling me things Tamara and Terrance Whitley said. One was that Davia told Tamara that once I returned to work off my leave of absence that I would be fired. Another thing that I tried explaining was, my Vice President Darrell Sorrells goes live on Facebook a lot talking about his members. He had just made a post talking about the mechanics is that not hostile? This hearing wasn't about getting the facts it was to fire me for making sexual harassment complaints, for bringing those complaints to a CapMetro Public Board Meeting and for telling Kelois that I wasn't afraid to tell CapMetro and it's Board in a broadcasting Public Meeting how employees pass drug testing. Also I am ADA one who suffer from mental illness. Severe Depression, Anxiety, and Strees Disorder. And I was under depression, anxiety, and stress when each and everyone of those Facebook Lives were made. Because I had been going to the company since May of 2025. About Damon Coleman using his girlfriend to bully, harass, and intimidate me for filing sexual harassment complaints before Kelios took over. I also told Cynthia Rasco about Richard Nicholas sexually harassing me and she asked me did I inform the union. Richard Nicholas is a bus operator and I informed two Transportation Managers. Cynthia Rasco and Radford Shearrill. Cynthia didn't

do anything about the matter as a manger should have when finding out this information. Just like I tried to address the false claims of someone telling HR that I threatened to cause bodily harm to HR Manager Davia McDonald. Something you all didn't even address or acknowledge when asked several times. That was hostile and retaliatory actions towards me and I can bet my last dollar that person is still employed as we speak. Just as everyone else. It was told to me by Davia McDonald that Tamara telling me that she goes from 0 to prison wasn't a threat. When it was hostile, retaliatory, intimidation, bullying and a threat. It was hostile bullying and threatening when Julius Williams was calling my phone telling me what him Tamara, Terrance Whitley were saying about me during this whole process and I asked him many times to stop. So when it didn't my anxiety and depression pushed me to Facebook because it seems the company wasn't doing anything about these matters even after speaking up about it at a CapMetro Public Board Meeting. 4 years of being sexually harassed and complaining about it to management, my Union shop steward, CapMetro, and it's Board. And it seems like the only time anyone listened was when I went to Facebook Live. And you only listened to terminate me from my position. Even when complaining about Anthony Walker calling my phone when he was in a manager roll telling me that I had a supervisor position. Not even knowing how he obtained my phone number. After I told him that I brought the matter to Cynthia he kept calling my phone trying to make me feel guilty then so much so that I told Cynthia that he made a mistake and that it was a misunderstanding because I felt intimidated because he was my manager and I wasn't trying to cause problems for myself. You conducted a hearing that you was unaware of anything that happened because you work at the north yard fully unaware of anything that took place. When the truth is I was fired September 12, 2025 the day that I came down to the job to conduct official business and my badge was inactive. And what's even more disheartening is, because I filed complaints on union shop stewards. And because my union secretary said in so many words that I was going to be fired and wouldn't have the backing of the union I allowed you all to pretty much force me to sign a piece of paper stating that I refused union representation. And that is thanks to my Vice President Darrell Sorrells, when I sent him a text asking would he be my representation and he said that all of you all including the union wanted to see my proof of being retaliated against, put in a hostile environment, bullied and intimidated. Just as the union knows that I was retaliated against and yet refuse to address it because they believe that I went against their own. Instead of addressing the matter, shop stewards took an oath to protect and serve not sexually harassed their paying members and yet Richard Nicholas did. And Terrance Whitley lied when he was fully aware of each time I was sexually harassed because I made sure to tell him because he was my shop steward whom I believed that I could trust to do the right thing. As far as me fighting for this position that I was wrongfully Terminated harassed, bullied,

intimidated, humiliated and attacked because I refused to go along with the program and have sex with co-workers and be passed around and talked about like so many other women. The cost was termination 0 Tolerance for those who are sexually harassed and complain about it. That is the only 0 Tolerance at CapMetro/Keolis Transit. Everything else goes and it showed when Tamara sent me a threat text and you all turned it around on me. It showed when Terrance Whitley ran around the job telling everyone Lashawn Bible was a Transgèndèr Woman and you all turned it around on me and I was out on a mental health leave of absence and preparing for surgery to make sure I didn't have ovarian cancer. While I was fighting for my life my company and union was destroying it. One should never be afraid to ask for a union representative out of fears they will not fight for her posting because of complaints they filed against certain union officials. One should never be afraid to complain to their employer about being sexually harassed, bullied, intimidated, and put into a hostile work environment out of fears of being terminated. And this is the biggest reasons people don't say anything when they are sexually harassed. I told Davia that she could have looked at every bus camera I drove on the 7 route between 6 and 6:10am for the June Markup and see Francis Torku who works up north waiting on my asking me for sex. He drove the 10 route. It was so bad he knew when I didn't come to work. How depressing and stressful that is. How much anxiety do you believe that would cause. Having someone sit at your time point for a whole Markup asking you for sex? A married man at that. And yet I could have talked about that one Facebook Live But I didn't I allowed management to handle it. I went to Facebook when they wouldn't stop harassing me by calling my mobile phone with matters that I placed in HR hands while out on a mental health leave of absence. But I was the only one fired and those were not threaten, harassing, bullying, and intimidation is what Davia McDonald said. And I know that I told Cynthia Rasco immediately after it was happening and she told me that I needed to bring it to Davia because she was the one conducting the investigation. And it ended with me getting terminated and saying that I threatened to cause Davia McDonald bodily harm the one conducting the investigation.

# PLAINTIFF'S EXHIBIT A-15

## FULL VERBATIM EMAIL TRANSMISSION REQUESTING SEPARATION DOCUMENTATION

**Date:** November 21, 2025
**From:** Tenil Adams <teniladams15@gmail.com>
**To:** Darrell Sorrells <dsorrells@atu1091.org>, Brent <brent@atu1091.org>, et al.
**Subject:** Termination Paperwork and Formal Dropping of Internal Union EEOC Charges

Good morning everyone I am asking that you make the company send my Termination paperwork as soon as possible. Know that I am dropping all EEOC charges against my union. Because in spite of what you all may believe we are still a union. I just had to show you that even the union could be flawed at times. People do what they are and that's just straight Facts. You are supposed to stand with your family, Richard Nicholas is your family, Ken is your family and mine too that is why I told the company I have no problems with Ken I just told the truth when asked. Just as I told the truth when asked in the hearing. Listen to the recording. Unlike my former ATU LOCAL UNION. I do hold high respect for Darrell and VP Darrell. Terrance was my family until he showed me that he was a company man and Metro. Richard I never did care about I respected him only because of the President and the VP. Because he played with me as if I were a sex object and I made it perfectly clear on the union page that I wasn't here. Candice I know she still had problems with me because I recorded her and didn't give her a dog. But none of it was personal it's called business cover your on ads. Now just in case I go to another Metro with ATU as my union I want no beef Because again in spite of what you all may believe I