**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TENIL SAMONE ADAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KEOLIS TRANSIT, INC., and AMALGAMATED TRANSIT UNION (ATU),**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |

**<u>DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Keolis Transit Services LLC, by and through its undersigned counsel, submits the following corporate disclosure statement:

1. Defendant is a limited liability company formed under the laws of Delaware.

2. Its sole member is Keolis Transit America, Incorporated, a corporation incorporated in Delaware and with its principal place of business in Massachusetts. It is not publicly held.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Gregory Dimirsky*
Kelli Fuqua
Texas Bar No. 24097713
kfuqua@littler.com
Gregory Dimirsky
Texas Bar No. 24142609
gdimirsky@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.597.2576

**ATTORNEYS FOR DEFENDANT**
**KEOLIS TRANSIT SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and was served on the following *pro se* Plaintiff by certified mail, return receipt requested, and first-class U.S. mail and by email to teniladams15@gmail.com, in accordance with Federal Rule of Civil Procedure 5(b)(2):

Tenil Samone Adams
3410 Cotton Patch Drive
Killeen, Texas 76549

***Pro Se Plaintiff***

*/s/ Gregory Dimirsky*
Gregory Dimirsky