**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TENIL SAMONE ADAMS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |
| | § | |
| **KEOLIS TRANSIT, INC., and AMALGAMATED TRANSIT UNION (ATU),** | § | |
| | § | |
| **Defendants.** | § | |

**<u>DEFENDANT'S NOTICE OF ERRATA REGARDING DEFENDANT'S MOTION TO DISMISS</u>**

Defendant Keolis Transit Services, LLC ("KTS"), incorrectly named in Plaintiff's First Amended Complaint as "Keolis Transit, Inc.," respectfully submits this Notice of Errata to correct an inadvertent error in its Rule 12(b)(3) and 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), filed on November 5, 2026. *See* Dkt. No. 18.

Plaintiff has sued an entity that does not exist. There is no "Keolis Transit, Inc." KTS's Motion flagged this defect and identified the proper entity. *Id.* at 1 n.1, 2 n.2. In doing so, however, KTS inadvertently identified Keolis Transit America, Inc., which is the sole member of the proper entity, rather than the entity that actually employed Plaintiff.

Plaintiff's employer was Keolis Transit Services, LLC. KTS therefore requests that the Court treat each reference in the Motion to "Keolis Transit America, Inc." as a reference to "Keolis Transit Services, LLC." This correction does not change any argument or the relief requested in the Motion.

This correction does not cure the defect in Plaintiff's pleading. Her live complaint still names a nonexistent entity as the employer defendant. Any further pleading by Plaintiff must name

Keolis Transit Services, LLC as the employer. KTS submits this Notice subject to, and without waiving, all defenses, including those raised in the Motion.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Gregory Dimirsky*

Kelli Fuqua
Texas Bar No. 24097713
kfuqua@littler.com
Gregory Dimirsky
Texas Bar No. 24142609
gdimirsky@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.597.2576

**ATTORNEYS FOR DEFENDANT KEOLIS TRANSIT SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and was served on the following *pro se* Plaintiff by certified mail, return receipt requested, and first-class U.S. mail and by email to teniladams15@gmail.com, in accordance with Federal Rule of Civil Procedure 5(b)(2):

Tenil Samone Adams
3410 Cotton Patch Drive
Killeen, Texas 76549

***Pro Se Plaintiff***

*/s/ Gregory Dimirsky*
Gregory Dimirsky