FILED
November 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: cav
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **TENIL SAMONE ADAMS,**<br>*Plaintiff,*<br><br>v.<br><br>**KEOLIS TRANSIT, INC.,** and **AMALGAMATED TRANSIT UNION (ATU),**<br>*Defendants.* | **CIVIL ACTION NO.**<br>**6:26-CV-00441-CRW-DNM** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff Tenil Samone Adams, proceeding *pro se*, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) and Western District of Texas Local Rule CV-7 for leave to file her Second Amended Complaint, attached hereto as **Exhibit 1.**. In support of this Motion, Plaintiff states as follows:

## I. BACKGROUND AND PURPOSE OF AMENDMENT

1. On November 5, 2026, Defendant Amalgamated Transit Union Local 1091 filed its Original Answer (Dkt. 17), noting that its proper legal name is Amalgamated Transit Union Local 1091 rather than "Amalgamated Transit Union (ATU)."

2. On November 5, 2026, Defendant Keolis moved to dismiss Plaintiff's First Amended Complaint under Rules 12(b)(3) and 12(b)(6) (Dkt. 18), and on November 13, 2026, filed a Notice of Errata (Dkt. 24) clarifying that Plaintiff's employer was Keolis Transit Services, LLC rather than "Keolis Transit, Inc." or "Keolis Transit America, Inc."

3. In its Motion to Dismiss and Reply (Dkt. 18, 25), Keolis argues that Plaintiff's First Amended Complaint names an incorrect corporate entity, omits specific factual details regarding her Title VII and ADA claims, and cannot be supplemented through exhibits attached to an opposition brief.

4. Plaintiff seeks leave to file the attached Second Amended Complaint (Exhibit 1) to:

(a) Correct the legal names of both Defendants to **Keolis Transit Services, LLC** and **Amalgamated Transit Union Local 1091** pursuant to Federal Rule of Civil Procedure 15(c)(1)(C);

(b) Clarify the administrative exhaustion record by explicitly pleading both EEOC Charge No. 451-2026-01161 (and the facts supporting equitable tolling of her July 8–9, 2026 filing) and EEOC Charge No. 451-2026-00086; and

(c) Incorporate specific factual allegations directly into the body of the Complaint regarding her Title VII hostile work environment, Title VII retaliation, and Americans with Disabilities Act claims.

## II. ARGUMENT AND AUTHORITIES

5. Under Federal Rule of Civil Procedure 15(a)(2), the Court should "freely give leave [to amend] when justice so requires." The Fifth Circuit recognizes a strong policy favoring amendment, particularly where a *pro se* plaintiff seeks to cure pleading deficiencies identified in a motion to dismiss.

6. Granting leave will not cause undue delay or unfair prejudice. This case is in its earliest stages, discovery has not yet commenced, and the Initial Pretrial Conference is set for December 17, 2026 (Dkt. 20). Moreover, both Defendants have already appeared, received notice of the lawsuit within the period provided by Rule 4(m), and acknowledged their proper legal names in recent filings (Dkt. 17, 24), satisfying relation back under Rule 15(c)(1)(C).

## III. PRAYER

WHEREFORE, Plaintiff Tenil Samone Adams respectfully requests that the Court grant this Motion, allow the filing of Plaintiff's Second Amended Complaint (Exhibit 1), and grant such other and further relief to which Plaintiff may be entitled.

Dated: November 16, 2026

Respectfully submitted,

DocuSigned by:
Tenil Adams
72FBDA0A1C054FD...

**Tenil Samone Adams**, Plaintiff *Pro Se*
3410 Cotton Patch Drive
Killeen, Texas 76549
Telephone: 254-290-6421
Email: teniladams15@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Western District of Texas Local Rule CV-7(g), I hereby certify that on November 13, 2026, I conferred via email with counsel for Defendant Keolis Transit Services, LLC (Kelli Fuqua, Gregory Dimirsky, and dpate@littler.com) and counsel for Defendant Amalgamated Transit Union Local 1091 (Matt Bachop) regarding the relief requested in this Motion. Prior to filing on November 16, 2026, opposing counsel's response was as follows:

ATU Local 1091 Counsel, Matt Bachop Does not oppose
Keolis Transit Service LLC, counsel Greg Dimirsky opposed

DocuSigned by:
Tenil Adams
72FBDA0A1C054FD...

**Tenil Samone Adams**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Second Amended Complaint, together with Exhibit 1 (Plaintiff's Second Amended Complaint) and the Proposed Order, was served via email and first-class U.S. mail, postage prepaid, upon all counsel of record:

**Kelli Fuqua / Gregory Dimirsky**
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Email: kfuqua@littler.com; gdimirsky@littler.com; dpate@littler.com
*Attorneys for Defendant Keolis Transit Services, LLC*

**Matt Bachop**
DEATS DURST & OWEN, P.L.L.C.
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
Email: mbachop@ddollaw.com
*Attorney for Defendant Amalgamated Transit Union Local 1091*

DocuSigned by:
Tenil Adams
72FBDA0A1C054FD...

______________________________

**Tenil Samone Adams**