**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **TENIL SAMONE ADAMS,**<br>*Plaintiff,*<br><br>v.<br><br>**KEOLIS TRANSIT, INC.,** and **AMALGAMATED TRANSIT UNION (ATU),**<br>*Defendants.* | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiff Tenil Samone Adams's Motion for Leave to File Second Amended Complaint. Having considered the Motion, the applicable law, and the record in this case, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Second Amended Complaint (attached as Exhibit 1 to Plaintiff's Motion) as the live pleading in this matter.

SIGNED this _____ day of __________________________, 2026.

______________________________

**UNITED STATES DISTRICT JUDGE**