# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TENIL SAMONE ADAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KEOLIS TRANSIT, INC., and AMALGAMATED TRANSIT UNION (ATU),**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |

**DECLARATION OF ALTON L. SCOTT**
**IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

I, Alton L. Scott, declare as follows:

**Declarant**

1. My name is Alton L. Scott. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I am employed by Keolis Transit Services, LLC ("Keolis") as Director, Human Resources, for Keolis's operations in Austin, Texas, and have held that position since November 6, 2023.

2. In that role, I am responsible for working alongside local business leaders in operations, maintenance, and safety as a strategic business partner supporting employee & labor relations, key business initiatives, and overall employee effectiveness. I support with benefits administration, compensation & payroll, policies & procedure development, and employee engagement. I support these needs across two locations in Austin, Texas, and for over 1,400 employees. The facts stated in this declaration are within my personal knowledge or are based on my review of business records that Keolis makes and keeps in the regular course of its business, and they are true and correct.

**Keolis's Austin Operations and Plaintiff's Employment**

3. Plaintiff Tenil Samone Adams was employed by Keolis Transit Services, LLC, not by Keolis Transit, Inc.

4. Keolis operates bus service in Austin, Texas, under a contract with the Capital Metropolitan Transportation Authority ("CapMetro"). Keolis's CapMetro operations are based in Travis County, Texas, including at 2910 East 5th Street, Austin, Texas 78702 (the "South Facility"), and at 9315 McNeil Road, Austin, Texas 78758 (the "North Facility").

5. Keolis employed Plaintiff as a bus operator from January 1, 2024, until her employment ended on November 21, 2025. Throughout her employment, Plaintiff was assigned to and reported to work at Keolis's South Facility in Austin, Texas, and drove routes within CapMetro's service area. Plaintiff did not perform work for Keolis in any county within the Waco Division of the Western District of Texas.

6. Keolis does not operate any facility in the Waco Division, and none of the Keolis personnel involved in Plaintiff's employment work there.

**Location of Relevant Events**

7. Plaintiff's complaints to Keolis about alleged harassment, including her July 2025 complaint, were received and handled by Keolis personnel in Austin, Texas.

8. Plaintiff's requests for leave, including her intermittent FMLA leave and any request for accommodation, were received and administered by Keolis personnel in Austin, Texas.

9. The November 19, 2025, disciplinary hearing referenced in Plaintiff's First Amended Complaint took place at Keolis's South Facility in Austin, Texas. The decision to

terminate Plaintiff's employment was made by Terence James, Operations Manager, and Cynthia Rasco, Director of Operations, who work in Austin, Texas.

**Location of Witnesses and Records**

10. The Keolis employees I expect to have knowledge relevant to Plaintiff's claims, and their work locations, include:

- Davia McDonald, Human Resources Manager — Austin, Texas
- Alton L. Scott, Director, Human Resources — Austin, Texas
- Cynthia Rasco, Director of Operations — Austin, Texas
- Radford Shearrill, Operations Manager — Austin, Texas
- Terence James, Operations Manager – Austin, Texas

11. To my knowledge, each of these individuals lives in or near Austin, Texas.

12. Keolis's records relating to Plaintiff's employment, including her personnel file, attendance and leave records, FMLA documentation, complaint and investigation files, disciplinary and hearing records, and termination records, are maintained and administered in Austin, Texas. Some physical files pertinent to driver qualifications are maintained at the South Facility. All other records are maintained digitally and are regularly accessed and utilized by Keolis staff at both the North and South Facilities.

13. The bargaining unit that included Plaintiff is represented by Amalgamated Transit Union Local 1091, whose office is at 725 Airport Blvd., Austin, Texas, 78702. The Union representatives with whom Keolis dealt concerning Plaintiff are based in Austin.

**Burden of Litigating in Waco**

14. Keolis's Austin facilities are approximately 100 miles from the federal courthouse in Waco. If this case proceeds in the Waco Division, each Keolis witness would spend approximately three to four hours traveling round trip for each hearing and each day of trial. That

travel would take them away from their responsibilities supporting Keolis's CapMetro operations and would require Keolis to arrange coverage for their duties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2026, in Austin, Texas.

Alton L. Scott

Alton L. Scott