# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TENIL SAMONE ADAMS,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **KEOLIS TRANSIT, INC., and AMALGAMATED TRANSIT UNION (ATU),** <br><br> **Defendants.** | § § § § § § § § § § § | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |

**<u>DECLARATION OF DARRELL SORRELLS</u>**
**<u>IN SUPPORT OF MOTION TO TRANSFER VENUE</u>**

I, Darrell Sorrells, declare as follows:

**Declarant**

1. My name is Darrell Sorrells. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I am the President and Business Agent of Amalgamated Transit Union Local 1091 ("the Local"), and I have served in that position on an interim basis since September 25, 2026. Before that, I served as the Local's Vice President, including throughout 2025.

2. The facts stated in this declaration are within my personal knowledge or are based on my review of records that the Local makes and keeps in the regular course of its business, and they are true and correct.

**The Local's Austin Operations**

3. The Local is a labor organization. It represents a bargaining unit of more than 1,400 employees of Keolis Transit Services, LLC ("Keolis") who work in CapMetro's bus

operations in Austin, Texas. Plaintiff Tenil Samone Adams was a bus operator in that bargaining unit.

4. The Local's only office is at 725 Airport Blvd., Austin, Texas 78702, in Travis County. The Local has no office in the Waco Division of the Western District of Texas, and none of the employees it represents work in the Waco Division.

**Location of Relevant Events and Records**

5. The Local's communications with Plaintiff about the matters underlying her claims against the Local, including her disciplinary hearings and her requests for union representation, were handled by the Local's officers and staff in Austin, Texas.

6. The Local's records relating to Plaintiff, including her membership and dues records, the Local's correspondence with Plaintiff and with Keolis, and its records of her disciplinary hearings, are maintained at, or electronically accessed from, the Local's office in Austin, Texas.

**Location of Witnesses**

7. The current and former Local officers and stewards I expect to have knowledge relevant to Plaintiff's claims against the Local, and their work locations, include:

- Darrell Sorrells, President and Business Agent (Vice President during the events Plaintiff alleges)—Austin, Texas
- Candice Martin, former administrative assistant for the Local, now employed by Keolis—Austin, Texas
- Terrance Whitley, Keolis bus operator and shop steward—Austin, Texas
- Richard Nicholas, Keolis bus operator and shop steward—Austin, Texas

8. To my knowledge, each of these individuals lives in or near Austin, Texas.

**Burden of Litigating in Waco**

9. The Local's officers and staff work at the Local's office in Austin, where they represent bargaining-unit employees in disciplinary hearings, grievances, and other matters with Keolis. The Local's office is approximately 100 miles from the federal courthouse in Waco. If this case proceeds in the Waco Division, each Local witness would spend approximately three to four hours traveling round trip for each hearing and each day of trial. That travel would take the Local's officers away from representing the employees in the bargaining unit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Nov 18, 2026, in Austin, Texas.

*Darrell Sorrells*
Darrell Sorrells (Nov 18, 2026 17:11:46 CST)

Darrell Sorrells