**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TENIL SAMONE ADAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KEOLIS TRANSIT, INC., and AMALGAMATED TRANSIT UNION (ATU),**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:26-CV-00441-CRW-DNM** |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO TRANSFER VENUE**

Before the Court is Defendants' Joint Motion to Transfer Venue to the Austin Division. Having considered the Motion, any response, and the applicable law, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Defendants' Joint Motion to Transfer Venue is GRANTED. It is further ORDERED that this action is TRANSFERRED to the Austin Division of the United States District Court for the Western District of Texas.

SIGNED this ____ day of ______________, 2026.

________________________________
UNITED STATES DISTRICT JUDGE